30 Day Budget -Imeri Enterprises, Inc.

| | |
|---|---:|
| Payroll | $ 30,000.00 |
| Insurance | $ 9,000.00 |
| Credit Card Processing Fee for Client Payments | $ 8,500.00 |
| Sales Taxes | $ 13,000.00 |
| Franchise Fees | $ 12,000.00 |
| Food (Breakfast and Small Convenience Store for Guests) | $ 6,000.00 |
| Legal Fees for Bankruptcy Counsel (held in trust) | $ 2,000.00 |
| Fees for Sub Chapter V Trustee-Interim Order | $ 1,000.00 |
| Utilities | $ 6,000.00 |
| Reserve for Property Taxes | $ 5,500.00 |
| Maintenance | $ 4,500.00 |
| Adequate Protection -Customers Bank | $ 1,500.00 |
| Miscellaneous | $ 1,000.00 |
| Estimated Expenses | $ 100,000.00 |
| | |
| Estimated Income | $ 100,000.00 |
| | |
| Cash available for period | $ 123,387.42 |
| | |
| Funds in Bank Account as of 5/13/24 | $ 23,387.42 |