**Fill in this information to identify the case:**

Debtor name      **Imeri Enterprises Inc.**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known):    **24-32106-H3-11**

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **05/20/2024**      **X** **/s/ Isen Imeri**
MM/ DD/ YYYY          Signature of individual signing on behalf of debtor

                                         **Isen Imeri**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Imeri Enterprises Inc.** |
| United States Bankruptcy Court for the: | **Southern District of Texas** |
| Case number (if known): | **24-32106-H3-11** |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express Po Box 6031 Carol Stream, IL 60197-6031 | | Credit Card | | | | $22,827.30 |
| 2 | Avenue Tax Remittance Department PO Box 830725 Birmingham, AL 35283-0725 | | | | $140,000.00 | $4,000,000.00 | $140,000.00 |
| 3 | Comptroller of Public Accounts Office of the Attorney General C/O Bankruptcy - Collections Division MC-008 PO Box 12548 Austin, TX 78711-2548 | | | | | | $20,000.00 |
| 4 | Costco PO Box 34331 Seattle, WA 98124 | | Credit card | | | | $20,000.00 |
| 5 | Customers Bank Po Box 256 Minerva, OH 44657-0256 | | | Disputed | $4,400,000.00 | $4,350,000.00 | $50,000.00 |
| 6 | Home Tax Solutions, LLC 4849 Greenville Ave., Suite 1620 Dallas, TX 75206 | | | | $130,000.00 | $4,350,000.00 | $130,000.00 |
| 7 | Sams Club PO Box 965005 Orlando, FL 32896 | | Credit Card | | | | $7,000.00 |
| 8 | Wyndham Financial 22 Sylvan Way Parsippany, NJ 07054 | | | | | | $65,000.00 |

Debtor   **Imeri Enterprises Inc.**                                    Case number *(if known)*   **24-32106-H3-11**
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Fill in this information to identify the case:

Debtor Name  **Imeri Enterprises Inc.**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known): **24-32106-H3-11**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** — $300.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Chase Bank (Balance as of 5/16/24)** | **Checking account** | **8  2  5  5** | $30,017.58 |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $30,317.58

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1

Debtor   **Imeri Enterprises Inc.**                                                Case number *(if known)* __24-32106-H3-11__
_____
Name

7.2 _____                    _____

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____                     _____

8.2 _____                     _____

9.   **Total of Part 2**                                                                    _____

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10.  **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11.  **Accounts receivable**

11a. 90 days old or less:   _____ - _____ =.....➜      _____
                            face amount         doubtful or uncollectible accounts

11b. Over 90 days old:      _____ - _____ =.....➜      _____
                            face amount         doubtful or uncollectible accounts

12.  **Total of Part 3**                                                                    _____

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13.  **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____        _____   _____

14.2 _____        _____   _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                      % of ownership:

15.1. _____        _____   _____   _____

15.2. _____        _____   _____   _____

Debtor **Imeri Enterprises Inc.**
_____
Name

Case number *(if known)* **24-32106-H3-11**
_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____  _____  _____

16.2 _____  _____  _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | |

---

**Part 5:**   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
|  | MM / DD / YYYY | | | |
| **20. Work in progress** | | | | |
|  | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
|  | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| **towels, sheet, pillow cases, shampoo, soap, cleaning products** | MM / DD / YYYY | unknown | | $3,000.00 |
| **Room inventory-soap, toilet paper, etc** | MM / DD / YYYY | unknown | | $5,600.00 |
| **sodas, frozen meals, groceries, juices, fruit** | MM / DD / YYYY | unknown | | $1,000.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| $9,600.00 |

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

Debtor  **Imeri Enterprises Inc.**
_____
Name

Case number *(if known)* **24-32106-H3-11**
_____

---

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |
| **33.** **Total of Part 6** Add lines 28 through 32. Copy the total to line 85. | | | _____ |

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

| Debtor | **Imeri Enterprises Inc.** | Case number *(if known)* | 24-32106-H3-11 |
|---|---|---|---|
| | Name | | |

---

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| tables, chairs | unknown | | $1,000.00 |
| desk, computer, general supplies | unknown | | $500.00 |
| sofa x12 | unknown | | $600.00 |
| loveseats x44 | unknown | | $880.00 |
| television x63 | unknown | | $1,260.00 |
| tv cabinet x56 | unknown | | $56.00 |
| coffee tables x6 | unknown | | $300.00 |
| bed x74 | unknown | | $74.00 |
| dresser(s) / nightstand(s) x56 | unknown | | $2,240.00 |
| lamps x56 | unknown | | $1,120.00 |
| **40.** **Office fixtures** | | | |
| | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| washer x2 | unknown | | $6,000.00 |
| phones x56 | unknown | | $560.00 |
| mini refrigerator x56 | unknown | | $560.00 |
| freezer | unknown | | $100.00 |
| microwave x56 | unknown | | $840.00 |
| dish washer | unknown | | $50.00 |
| dryer x2 | unknown | | $2,000.00 |
| pots, pans, cookware | unknown | | $50.00 |

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Debtor   **Imeri Enterprises Inc.**                                             Case number *(if known)*  **24-32106-H3-11**
      Name

| | | | | |
|---|---|---|---|---|
| 42.1 | _____ | _____ | _____ | _____ |
| 42.2 | _____ | _____ | _____ | _____ |
| 42.3 | _____ | _____ | _____ | _____ |

**43.**   **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                  **$18,190.00**

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

**46.**   **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

**47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1 | _____ | _____ | _____ | _____ |
| 47.2 | _____ | _____ | _____ | _____ |
| 47.3 | _____ | _____ | _____ | _____ |
| 47.4 | _____ | _____ | _____ | _____ |

**48.**   **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | | |
|---|---|---|---|---|
| 48.1 | _____ | _____ | _____ | _____ |
| 48.2 | _____ | _____ | _____ | _____ |

**49.**   **Aircraft and accessories**

| | | | | |
|---|---|---|---|---|
| 49.1 | _____ | _____ | _____ | _____ |
| 49.2 | _____ | _____ | _____ | _____ |

**50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| mower | | **unknown** | | **$1,500.00** |

**51.**   **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                                  **$1,500.00**

Debtor   **Imeri Enterprises Inc.**

Name

Case number *(if known)* **24-32106-H3-11**

---

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
| --- | --- |

54.   **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1   **La Quinta Inn and Suites /** 28332 **Southwest Fwy #59 Rosenberg, TX 77471** | Fee Simple | unknown | | $4,000,000.00 |
| 55.2   **Plot B /** 28332 Southwest Fwy 59 **Rosenberg, TX 77471** | Fee Simple | unknown | | $350,000.00 |

56.   **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $4,350,000.00 |
| --- |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59.   **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |

---

Debtor   **Imeri Enterprises Inc.**                                          Case number *(if known)* **24-32106-H3-11**
_____
Name

62. **Licenses, franchises, and royalties**

_____   _____   _____   _____

63. **Customer lists, mailing lists, or other compilations**

_____   _____   _____   _____

64. **Other intangibles, or intellectual property**

_____   _____   _____   _____

65. **Goodwill**

_____   _____   _____   _____

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                              _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➔ _____
                              Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

Debtor    **Imeri Enterprises Inc.**
         Name

Case number *(if known)* __24-32106-H3-11__

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Nature of claim**

    **Amount requested**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **Nature of claim**

    **Amount requested**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

Debtor    **Imeri Enterprises Inc.**
Name    Case number *(if known)*   **24-32106-H3-11**

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $30,317.58 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $9,600.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $18,190.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*............................................................... ➡ | | $4,350,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.*   **+** | | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........................91a. | $59,607.58   **+** 91b. | $4,350,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................................................................ | | $4,409,607.58 |

**Fill in this information to identify the case:**

Debtor name **Imeri Enterprises Inc.**

United States Bankruptcy Court for the: **Southern** District of **Texas**

(State)

Case number (if known): **24-32106-H3-11**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

**Creditor's name**
**Avenue Tax Remittance Department**

**Creditor's mailing address**
**PO Box 830725**
**Birmingham, AL 35283-0725**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
   1) Customers Bank; 2) Home Tax Solutions, LLC; **3) Avenue Tax Remittance Department**

**Describe debtor's property that is subject to a lien**
La Quinta Inn and Suites

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$140,000.00**    **$4,000,000.00**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$4,670,000.00**

Debtor  **Imeri Enterprises Inc.**

Name

Case number (if known) __24-32106-H3-11__

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2** Creditor's name

**Customers Bank**

Creditor's mailing address

**Po Box 256**

**Minerva, OH 44657-0256**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

      For La Quinta Inn and Suites : **1) Customers Bank**; 2) Home Tax Solutions, LLC; 3) Avenue Tax Remittance Department; For Plot B : **1) Customers Bank**; 2) Home Tax Solutions, LLC

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

La Quinta Inn and Suites , Plot B

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$4,400,000.00**   **$4,350,000.00**

Debtor **Imeri Enterprises Inc.**
Name

Case number (if known) **24-32106-H3-11**

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

**Home Tax Solutions, LLC**

**Creditor's mailing address**

**4849 Greenville Ave., Suite 1620**

**Dallas, TX 75206**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.2**

**Describe debtor's property that is subject to a lien**
La Quinta Inn and Suites , Plot B

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$130,000.00**

Column B: **$4,350,000.00**

Debtor  **Imeri Enterprises Inc.**

Name

Case number (if known) **24-32106-H3-11**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Consumers Bank**<br>**40 General Warren Blvd Ste 200**<br>**Malvern, PA 19355-1251** | Line 2. **2** | ___ ___ ___ ___ |
| **Jack M. Kuykendall, PC**<br>**5048 Tennyson Pkwy Ste 250**<br>**Plano, TX 75024-3067** | Line 2. **2** | ___ ___ ___ ___ |
| **Customers Bank Building**<br>**40 General Warren Blvd Ste 200**<br>**Malvern, PA 19355** | Line 2. **2** | ___ ___ ___ ___ |
| **Home Tax Solutions**<br>**9225 Katy Fwy 110**<br>**Houston, TX 77024** | Line 2. **3** | ___ ___ ___ ___ |
| **Tax CORE Lending, LLC**<br>**4849 Greenville Ave Ave 1620**<br>**Dallas, TX 75206** | Line 2. **3** | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name **Imeri Enterprises Inc.**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): **24-32106-H3-11**

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Comptroller of Public Accounts**

**Office of the Attorney General**
**C/O**
**Bankruptcy - Collections Division**
**MC-008**

**PO Box 12548**

**Austin, TX 78711-2548**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$20,000.00**        Priority amount: **$20,000.00**

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☐ No
☐ Yes

Debtor    **Imeri Enterprises Inc.**                                          Case number *(if known)*    **24-32106-H3-11**
_____
Name

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1** Nonpriority creditor's name and mailing address

**American Express**

**Po Box 6031**

**Carol Stream, IL 60197-6031**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

**$22,827.30**

---

**3.2** Nonpriority creditor's name and mailing address

**Costco**

**PO Box 34331**

**Seattle, WA 98124**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset?
☒ No
☐ Yes

**$20,000.00**

---

**3.3** Nonpriority creditor's name and mailing address

**Hospitality Management Corporation**

**401 E Corporate Drive 221**

**Lewisville, TX 75057**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Receiver appointed by state court**

Is the claim subject to offset?
☒ No
☐ Yes

**unknown**

---

**3.4** Nonpriority creditor's name and mailing address

**Sams Club**

**PO Box 965005**

**Orlando, FL 32896**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

**$7,000.00**

| Debtor | **Imeri Enterprises Inc.** | Case number *(if known)* | **24-32106-H3-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $65,000.00 |
|---|---|---|---|

**Wyndham Financial**

**22 Sylvan Way**

**Parsippany, NJ 07054**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor    **Imeri Enterprises Inc.**        Case number *(if known)*    **24-32106-H3-11**

Name

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1   **American Express** <br> **PO Box 96001** <br> **Los Angeles, CA 90096-8000** | Line **3.1** <br> ☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.2   **Costco Consumer and Costco Small Business** <br> **PO Box 790046** <br> **Saint Louis, MO 63179-0046** | Line **3.2** <br> ☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.3   **Synchrony Bank/Sam's Club** <br> **PO Box 530942** <br> **Atlanta, GA 30353-0942** | Line **3.4** <br> ☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.4   **Texas Comptroller of Public Accounts** <br> **PO Box 13528** <br> **Austin, TX 78711** | Line **2.1** <br> ☐ Not listed. Explain | ___ ___ ___ ___ |

| Debtor | **Imeri Enterprises Inc.** | Case number *(if known)* | **24-32106-H3-11** |
|---|---|---|---|
| | Name | | |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$20,000.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$114,827.30** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$134,827.30** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Imeri Enterprises Inc.** |
| United States Bankruptcy Court for the: | **Southern District of Texas** |
| Case number (if known): | **24-32106-H3-11**    Chapter **11** |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.   List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Electricity | Direct Energy |
| | | Contract to be ASSUMED | 1001 Liberty AVE |
| | State the term remaining | 0 months | Pittsburg, PA 15222 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Franchise Contract | Wyndham Financial |
| | | Contract to be ASSUMED | 22 Sylvan Way |
| | State the term remaining | 0 months | Parsippany, NJ 07054 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __**Imeri Enterprises Inc.**__

United States Bankruptcy Court for the: __**Southern**__ District of __**Texas**__
(State)

Case number (If known): __**24-32106-H3-11**__

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| 1. | **Does the debtor have any codebtors?** |
|---|---|
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Imeri, Arben** | **21939 Grand Brook Ln** <br> Street <br><br> **Richmond, TX 77469** <br> City       State       ZIP Code | **Customers Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 | **Imeri, Isen "Danny"** | **21939 Grand Brook Ln** <br> Street <br><br> **Richmond, TX 77469-6363** <br> City       State       ZIP Code | **Customers Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 | **Imeri, Sadete** | **21939 Grand Brook Ln** <br> Street <br><br> **Richmond, TX 77469-6363** <br> City       State       ZIP Code | **Customers Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | _____ <br> Street <br><br> _____ <br> City       State       ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Debtor | Imeri Enterprises Inc. | Case number (if known) | 24-32106-H3-11 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ <br> _____ <br> City          State          ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City          State          ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |

| Fill in this information to identify the case: |
| --- |

Debtor name        **Imeri Enterprises Inc.**

United States Bankruptcy Court for the:

           **Southern District of Texas**

Case number (if known):    **24-32106-H3-11**     Chapter   **11**

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

      Copy line 88 from *Schedule A/B*........................................................................................    **$4,350,000.00**

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*.....................................................................................    **$59,607.58**

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*.......................................................................................    **$4,409,607.58**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    **$4,670,000.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................    **$20,000.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................   **+**   **$114,827.30**

4. **Total liabilities**...............................................................................................................    **$4,804,827.30**

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Imeri Enterprises Inc.** |
| United States Bankruptcy Court for the: | **Southern District of Texas** |
| Case number (if known): | **24-32106-H3-11** |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

**1.   Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2024</u>   to   Filing date<br>MM/ DD/ YYYY | | ☑ Operating a business<br>☐ Other _____ | **$390,000.00** |
| **For prior year:** | From <u>01/01/2023</u>   to   <u>12/31/2023</u><br>MM/ DD/ YYYY        MM/ DD/ YYYY | | ☑ Operating a business<br>☐ Other _____ | **$1,195,202.00** |
| **For the year before that:** | From <u>01/01/2022</u>   to   <u>12/31/2022</u><br>MM/ DD/ YYYY        MM/ DD/ YYYY | | ☑ Operating a business<br>☐ Other _____ | **$1,300,000.00** |

**2.   Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2024</u>   to   Filing date<br>MM/ DD/ YYYY | | _____ | _____ |
| **For prior year:** | From <u>01/01/2023</u>   to   <u>12/31/2023</u><br>MM/ DD/ YYYY        MM/ DD/ YYYY | | _____ | _____ |
| **For the year before that:** | From <u>01/01/2022</u>   to   <u>12/31/2022</u><br>MM/ DD/ YYYY        MM/ DD/ YYYY | | _____ | _____ |

Debtor   **Imeri Enterprises Inc.**                                      Case number *(if known)*   **24-32106-H3-11**
         Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Wyndham Financial** <br> Creditor's name <br><br> **22 Sylvan Way** <br> Street <br><br><br> **Parsippany, NJ 07054** <br> City          State     ZIP Code | **04/9/2024** <br><br> **3/19/2024** | **$24,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **Frenchie fees** |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. <br> Creditor's name <br><br> Street <br><br><br> City          State     ZIP Code <br> **Relationship to debtor** | | | |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor    **Imeri Enterprises Inc.**                                    Case number *(if known)*   **24-32106-H3-11**
          Name

5.1. _____      _____    _____    _____
     Creditor's name

     _____
     Street

     _____

     _____
     City              State    ZIP Code

## 6.    Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | _____<br><br>XXXX– __ __ __ __ | _____ | _____ |

## Part 3:   Legal Actions or Assignments

## 7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | _____ | _____ | Name _____ | ☐ Pending |
| | **Case number** | | Street _____ | ☐ On appeal |
| | _____ | | _____<br>City        State    ZIP Code | ☐ Concluded |

## 8.    Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    **Imeri Enterprises Inc.**                                                    Case number *(if known)*    **24-32106-H3-11**

Name

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|----------------------------|-------|

Custodian's name

Street                                    **Case title**                         **Court name and address**

                                                                                  Name

City                    State      ZIP Code      **Case number**                  Street

                                                 **Date of order or assignment**   City                 State      ZIP Code

---

**Part 4:**   Certain Gifts and Charitable Contributions

**9.**   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

Recipient's name

Street

City                    State      ZIP Code

Recipient's relationship to debtor

---

**Part 5:**   Certain Losses

**10.**   All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

---

**Part 6:**   Certain Payments or Transfers

**11.**   **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Official Form 207              **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**              page 4

Debtor  **Imeri Enterprises Inc.**        Case number *(if known)*    **24-32106-H3-11**

Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Baker & Associates** | **filing fee and prepetition legal fees, remaining amount held in IOLTA account.** | **5/3/2024** | **$17,000.00** |
| | Address | | | |
| | **950 Echo Ln. Ste. 300**<br>Street | | | |
| | **Houston, TX 77024**<br>City      State    ZIP Code | | | |
| | Email or website address | | | |
| | | | | |
| | Who made the payment, if not debtor? | | | |
| | **Isen Imeri** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor   **Imeri Enterprises Inc.**                                    Case number *(if known)*   **24-32106-H3-11**
_____
Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City                    State     ZIP Code

**Relationship to debtor**

_____

---

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy |
|---|---|---|
| 14.1. | _____ Street | From _____ To _____ |
| | _____ | |
| | _____ City          State     ZIP Code | |

---

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City          State     ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: $\_\_$ $\_\_$ $-$ $\_\_$ $\_\_$ $\_\_$ $\_\_$ $\_\_$ $\_\_$ $\_\_$ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code | XXXX– $\_\_$ $\_\_$ $\_\_$ $\_\_$ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    **Imeri Enterprises Inc.**                                    Case number *(if known)*    24-32106-H3-11

Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

**Part 12:**   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor   **Imeri Enterprises Inc.**                                         Case number *(if known)*   **24-32106-H3-11**

Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name | _____ | ☐ On appeal |
| | Street | _____ | ☐ Concluded |
| _____ | | _____ | |
| | City          State    ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| | | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| | | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| City   State   ZIP Code | | |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Ahmed Abdalwahad CPA PLLC**<br>Name<br><br>**888 W SAM HOUSTON PKWY S SUITE 125**<br>Street<br><br>**Houston, TX 77042**<br>City          State          ZIP Code | From **10/2018**   To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Ahmed Abdalwahad CPA PLLC**<br>Name<br><br>**888 W SAM HOUSTON PKWY S Suite 125**<br>Street<br><br>**Houston, TX 77042**<br>City          State          ZIP Code | From **10/2018**   To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br>Name<br><br>Street<br><br>City          State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor    **Imeri Enterprises Inc.**

Name

Case number *(if known)*   **24-32106-H3-11**

| Name and address | |
|---|---|
| 26d.1. | |
| | Name |
| | Street |
| | City          State          ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City          State          ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Imeri, Isen | 21939 Grand Brook Lane Richmond, TX 77469 | President , Owner | 33.40% |
| Imeri, Sadete | 21939 Grand Brook Ln Richmond, TX 77469-6363 | Vice President , Owners | 33.30% |
| Imeri, Arben | 21939 Grand Brook Ln Richmond, TX 77469 | Secretary , Owner | 33.30% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From |
| | | | To |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Debtor | Imeri Enterprises Inc. | | | Case number *(if known)* | 24-32106-H3-11 |
|---|---|---|---|---|---|

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.1.** **Imeri, Isen "Danny"**
Name

**21939 Grand Brook Ln**
Street

**Richmond, TX 77469-6363**
City       State       ZIP Code

| | Amount | Dates | Reason |
|---|---|---|---|
| | **$70,262.00** | **various** | **Salary** |

Relationship to debtor

**Owner**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.2.** **Imeri, Sadete**
Name

**21939 Grand Brook Ln**
Street

**Richmond, TX 77469-6363**
City       State       ZIP Code

| | Amount | Dates | Reason |
|---|---|---|---|
| | **$21,930.00** | **various** | **Salary** |

Relationship to debtor

**Owner**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.3.** **Imeri, Arben**
Name

**21939 Grand Brook Ln**
Street

**Richmond, TX 77469**
City       State       ZIP Code

| | Amount | Dates | Reason |
|---|---|---|---|
| | **$32,000.00** | **various** | **Salary** |

Relationship to debtor

**Owner**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

Debtor   **Imeri Enterprises Inc.**                                   Case number *(if known)*   **24-32106-H3-11**
_____
Name

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **05/20/2024**
                 _____
                 MM/  DD/  YYYY

**X** **/s/ Isen Imeri**                          Printed name              **Isen Imeri**
_____               _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor      **President**
                                        _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes